■ CAROL GOLDFARB, Respondent, v. MORRIS GOLDFARB, Appellant.— Order, entered on February 19, 1970, granting temporary alimony, child support and counsel fees, unanimously modified on the law and on the facts, by reducing temporary support and maintenance for both plaintiff and child, to the sum of $75 per week and the counsel fee to $750, and otherwise affirmed, without costs and without disbursements. In view of the husband's earnings, as reflected in the record, the higher awards are not warranted. Concur— Capozzoli, J. P., McGivern, Markewich, Nunez and Steuer, JJ.

■ STANLEY J. MAYER, Appellant, v. SAMUEL GOLDHABER, Individually and as Executor of KOPPEL GOLDHABER, et al., Respondents.— Order entered January 12, 1970, unanimously affirmed, without costs and without disbursements. In affirming, we construe the order at Special Term to be in accordance with the provisions of CPLR 325 (subd. [e]). Concur— Stevens, P. J., Eager, McNally, Steuer and Tilzer, JJ.